# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

PATRICE K. OLIVER

**FILED**
DEC 07 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CRIMINAL COMPLAINT

MAGISTRATE JUDGE NOLAN

CASE NUMBER: UNDER SEAL 07CR 822

I, Bryan K. Watson, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about December 5, 2007 in Cook county, in the Northern District of Illinois defendant PATRICE K. OLIVER did

take and carry away, with intent to steal and purloin, money, namely, approximately $130,000 in United States Currency, belonging to and in the care, custody, control, management, and possession, of the TCF Bank, at 601 West 14th Street, in Chicago Heights, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

in violation of Title 18 United States Code, Section(s) 2113(b).

I further state that I am a(n) Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:
Official Title

See attached affidavit

Continued on the attached sheet and made a part hereof: X Yes ___No

Signature of Complainant

Sworn to before me and subscribed in my presence,

December 7, 2007      at Chicago, Illinois
Date                                                  City and State

Nan R. Nolan, U.S. Magistrate Judge      Nan R. Nolan
Name & Title of Judicial Officer                 Signature of Judicial Officer

STATE OF ILLINOIS           )
                            )   SS
COUNTY OF COOK              )

## AFFIDAVIT

I, Bryan K. Watson, being duly sworn under oath, deposes and states the following:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed for nearly three and a half years. I am assigned to the FBI Chicago Division Field Office, South Resident Agency, Violent Crimes and Major Offenses Unit, where my duties include the investigation of various violent crimes and major offenses, including bank robberies and bank burglaries in violation of Title 18, United States Code, Section 2113.

2. I make this affidavit from personal knowledge and participation in the Investigation and information I have received from other sources. The affidavit is submitted in support of a criminal complaint and arrest warrant alleging that defendant PATRICE K. OLIVER committed bank larceny at the TCF Bank, at 601 West 14th Street, in Chicago Heights, Illinois, a federally insured institution, in violation of Title 18, United States Code, Section 2113(b). The information below is provided for the limited purpose of establishing probable cause in support of the criminal complaint and arrest warrant for OLIVER. Because the information set forth below is for the limited purpose of establishing probable cause, it does not contain all of the facts of which I am aware related to this investigation.

3. On or about December 5, 2007, at approximately 8:40 p.m., TCF Bank ("Bank"), located inside of the Ultra Food grocery store at 601 West 14th Street, Chicago Heights, Illinois, was burglarized by two black females. One of the females has been identified as Bennett ("Bennett" or "SUBJECT 1"), and the other female has been identified as OLIVER ("OLIVER"

or "SUBJECT 2"). Bennett was an assistant branch manager at the TCF Bank. The FBI obtained a copy of TCF Bank's FDIC certificate, which showed that the deposits of the bank were insured by the Federal Deposit Insurance Corporation on December 05, 2007

4. Video surveillance from the TCF Bank shows that Subject 2 was a dark complexioned black female with black hair. Subject 2 had a large build and wore a brown knit hat, a brown jacket, brown gloves, dark pants, and prescription glasses. Subject 2 carried a light colored purse with a dark color on the bottom of the purse and a black shoulder strap. Subject 2 also wore a watch on her right wrist.

5. Bennett wore a black knit hat, a black leather jacket, light colored shirt, dark colored pants, and carried a dark brown bag over her left shoulder. Bennett also wore a "Tiffany" bracelet on her left wrist.

6. Bennett and OLIVER gained entry into the TCF Bank. Bennett opened the money vault, and, once inside, opened a sealed, clear Federal Reserve Bag (FRB). Bennett and OLIVER both took approximately $130,000 of United States Currency from the bag and placed the money in Bennett's brown shoulder bag.

7. Bennett was later located and interviewed by FBI agents. After waiving her Miranda Rights and signing the FBI's "Advice of Rights" form, Bennett admitted to burglarizing the TCF Bank. Bennett admitted to planning and carrying out the bank burglary with a person whom she knew as "Patrice." Bennett provided the FBI with a telephone number for Patrice. The FBI determined that the telephone number was subscribed to in the name of Individual A. The FBI also determined that Individual A had a relative named Patrice OLIVER. The FBI showed a photograph of OLIVER to Bennett and Bennett identified OLIVER as the person known to her as "Patrice" who had committed the bank burglary with her on December 5, 2007.

8.  Bennett gave FBI consent to search several locations where she informed agents that evidence relating to the burglary was located. Agents recovered from these locations the black hat, a tan colored shirt, and the black dress pants Bennett wore during the burglary. Agents also recovered approximately $40,000 of the bank's proceeds from the location identified by Bennett. Bennett informed the agents, among other things, that OLIVER had taken the rest of the money the two of them had stolen from the bank.

9.  Based on the foregoing, I believe there is probable cause to believe that PATRICE K. OLIVER did take and carry away, with intent to steal or purloin, property and money, belonging to or in the care, custody, control, management, and possession, of the TCF Bank, at 601 West 14th Street, in Chicago Heights, Illinois, a federally insured institution, in violation of Title 18, United States Code, Section 2113(b).

FURTHER AFFIANT SAYETH NOT

_____
BRYAN K. WATSON, Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me on this 7th day of DECEMBER, 2007.

_____
NAN R. NOLAN
UNITED STATES MAGISTRATE JUDGE