**FILED**

DEC 0 7 2007  NR

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **07CR 822** |
| | ) | |
| vs. | ) | Magistrate Judge Nolan |
| | ) | |
| PATRICE K. OLIVER | ) | **UNDER SEAL** |
| | ) | |

## EX PARTE MOTION TO SEAL COMPLAINT, AFFIDAVIT AND WARRANT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby moves this Court to seal the Criminal Complaint, the Affidavit, the Arrest Warrant and this motion to seal and proposed order for 90 days, through and including March 7, 2008, or until the arrest of defendant Patrice K. Oliver, whichever occurs first. The government requests, however, that law enforcement officials be able to enter the arrest warrant into appropriate law enforcement data bases in order to assist in the arrest of the defendant. As grounds for the motion, the government states that disclosure of these materials could seriously jeopardize an ongoing criminal investigation.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ Halley Guren
HALLEY GUREN
Assistant United States Attorney
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-4156