# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 822 - 1 | **DATE** | 12/07/07 |
| **CASE TITLE** | USA vs. Patrice K Oliver | | |

**DOCKET ENTRY TEXT**

Government's ex parte motion to seal complaint, affidavit and warrant is granted. Enter order.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|