# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR822-1 | **DATE** | 12/10/2007 |
| **CASE TITLE** | USA v Patrice K Oliver | | |

**DOCKET ENTRY TEXT**

Government's oral motion to unseal criminal complaint is granted. Order case unsealed.

Docketing to mail notices.

| | | Courtroom Deputy Initials: | LXS |
|---|---|---|---|