# United States District Court
## Southern District of Indiana
Laura A. Briggs
Clerk of the Court

105 U.S. Courthouse
46 East Ohio Street
Indianapolis, Indiana
46204

210 Federal Building
Terre Haute, Indiana
47808

**RECEIVED**

DEC 1 8 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

101 Northwest MLK Boulevard
Evansville, Indiana
47708

121 West Spring Street
New Albany, Indiana
47150

December 13, 2007

Michael Dobbins
Everett McKinley Dirksen Building
219 S Dearborn Street
Chicago IL 60604

**FILED**

DEC 1 8 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Sir:

RE:   United States of America
      -v-
      PATRICE OLIVER
      Cause No.: 1:07-mj-406
      Your Cause 07-cr-822

The above named defendant is ordered removed to your district by the United States District Court, Southern District of Indiana, Indianapolis Division.

Enclosed please find certified copies of the entire file along with a certified copy of the docket sheet.

Please acknowledge receipt on the copy of this letter.

Very truly yours,

Laura A. Briggs, Clerk

By: _____
    Deputy Clerk

# REPORT OF PROCEEDINGS BEFORE UNITED STATES MAGISTRATE

**MAGISTRATE CAUSE NUMBER: 1:07-MJ-0406**    **CAUSE NUMBER:**

At Indianapolis, IN on 12/12/07

Proceedings in United States vs. PATRICE OLIVER

Appeared in the custody of a Federal Officer ■    Appeared voluntarily ☐

Description: Age____ Sex _F_ Race ____ Born: Native ☐ Foreign ☐

Address_____

Name of complainant and title (if any)__

Date of Complaint 12/7/07

Offense charged THEFT/BANK    Date of offense _____

Where committed ND/ILLINOIS    Date of Warrant 12/7/07

Date of hearing 12/12/07    Examination waived _____

Bail fixed at $ None

Released DETAINED/REMOVED

Committed to _____

Discharged (date)_____

Name and address of surety_____

Names and residences of witnesses_____

DUSM: Clark/Rowe

Remarks Deft. appeared in person and with FCD Juval Scott for Rule 5(c)(3) proceedings on a Complaint out of the ND/Illinois (Eastern Division, Chicago 07 CR 822). Govt. was represented by Steve DeBrota and U.S. Probation by Robyn Woods. Charges, Rights and Penalties were read and explained. Deft. waived identity hearing. Deft. waived preliminary and detention hearings and requested they be held in the ND/Illinois. Deft. ordered detained. Deft. remanded to custody of U.S. Marshals pending removal to ND/Illinois.

30

Kennard P. Foster, United States Magistrate Judge

# United States District Court

## SOUTHERN DISTRICT OF INDIANA

| UNITED STATES OF AMERICA<br>V.<br>PATRICE OLIVER | COMMITMENT TO ANOTHER<br>DISTRICT | |
|---|---|---|
| **DOCKET NUMBER** | | **MAGISTRATE JUDGE CASE NUMBER** |
| District Of Arrest | District Of Offense | District Of Arrest     District Of Offense |
|  |  | 1:07-MJ-0406     07 CR 822 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment     ☐ Information     ■ Complaint     ☐ Other (specify)

**charging a violation of 18 U.S.C. § 2113(b)**

**DISTRICT OF OFFENSE**
NORTHERN of ILLINOIS

**DESCRIPTION OF CHARGES**
STEAL APPROXIMATELY $130,000 IN U.S. CURRENCY FROM A BANK

**CURRENT BOND STATUS**
☐ Bail Fixed at    and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel    ■ Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?** ■ No    ☐ Yes    Language:

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that de-fendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

12/12/07
Date             Kennard P. Foster, United States Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

2

# UNITED STATES DISTRICT COURT

**FILED**

**DEC 1 2 2007**

_____SOUTHERN_____ DISTRICT OF _____INDIANA_____

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

UNITED STATES OF AMERICA

V.

_____PATRICE OLIVER_____

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 1:07-MJ-0406

CHARGING DISTRICTS
CASE NUMBER: 07 CR 822

I understand that charges are pending in the _____NORTHERN_____ District of _____ILLINOIS_____

alleging violation of _____18:2113(b)_____ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)  retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)  an identity hearing to determine whether I am the person named in the charges;

(3)  a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)  Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) identity hearing

( ) preliminary hearing

(✓) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

12/12/07
Date

Defendant

Defense Counsel

CLOSED

# U.S. District Court
# Southern District of Indiana (Indianapolis)
# CRIMINAL DOCKET FOR CASE #: 1:07-mj-00406-KPF All Defendants
# Internal Use Only

Case title: USA v. OLIVER
Other court case number: 07-CR-822 NORTHERN DISTRICT OF ILLINOIS

Date Filed: 12/12/2007
Date Terminated: 12/12/2007

Assigned to: Magistrate Judge Kennard P. Foster

**Defendant (1)**
**PATRICE OLIVER**
*TERMINATED: 12/12/2007*

represented by **Juval O. Scott**
INDIANA FEDERAL COMMUNITY DEFENDERS
111 Monument Circle
Suite 752
Indianapolis, IN 46204
(317) 383-3520
Fax: (317) 383-3525
Email: juval.scott@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Disposition**

**Disposition**

---

**Plaintiff**

USA                           represented by   **Steven D. DeBrota**
                                               UNITED STATES
                                               ATTORNEY'S OFFICE
                                               10 West Market Street
                                               Suite 2100
                                               Indianapolis, IN 46204
                                               (317) 226-6333
                                               Fax: (317) 226-6125
                                               Email:
                                               steve.debrota@usdoj.gov
                                               *ATTORNEY TO BE NOTICED*

| Date |  |  |
|---|---|---|

| Filed | # | Docket Text |
|---|---|---|
| 12/12/2007 | 1 | WAIVER of Rule 5(c)(3) Hearing by PATRICE OLIVER (CBU) (Entered: 12/13/2007) |
| 12/12/2007 | 2 | COMMITMENT TO ANOTHER DISTRICT as to PATRICE OLIVER. Defendant committed to District of Northern District of Illinois. Signed by Magistrate Judge Kennard P. Foster on 12/12/07.(CBU) (Entered: 12/13/2007) |
| 12/12/2007 | 3 | COURTROOM MINUTES for proceedings held before Magistrate Judge Kennard P. Foster: Defendant PATRICE OLIVER appears in person and by FCD counsel Juval Scott. Appearance for the USA by AUSA Steve DeBrota. USPO represented by Robyn Woods. Defendant is remanded to custody of USM. Initial Appearance in Rule 5(c)(3) Proceedings as to PATRICE OLIVER held on 12/12/2007 on a complt out of the ND/IL (Eastern Division Chicago 07-cr-822) Charges rights and penalties were read and explained. Deft waived identity hearing. Deft waived prel hearing and detention hearings in this district and request they be held in charging district. deft ordered detained. (CBU) (Entered: 12/13/2007) |
| 12/12/2007 | 4 | Rule 5(c)(3) Documents Sent to Northern District of Illinois as to PATRICE OLIVER (CBU) (Entered: 12/13/2007) |

**Case #:1:07-mj-00406-KPF-All**