# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 822 - 1 | **DATE** | 12/21/2007 |
| **CASE TITLE** | United States of America vs. Patrice Oliver | | |

**DOCKET ENTRY TEXT**

Detention hearing held. By agreement of the parties, the defendant is released on a $50,000.00 own recognizance bond. A status on preliminary examination is set for 1/2/08 at 11:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | mm |
|---|---|---|