UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 822 |
| v. | ) | Magistrate Judge Nan R. Nolan |
| | ) | |
| PATRICE OLIVER | ) | |

**GOVERNMENT'S UNOPPOSED MOTION TO**
**DISMISS COMPLAINT WITHOUT PREJUDICE**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court for a dismissal without prejudice of the complaint in the above-captioned case pursuant to Fed. R. Crim. P. 48(a).

Counsel for the government has spoken with counsel for the defendant and defendant's counsel has no objection to this motion.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
HALLEY B. GUREN
Assistant U.S. Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-4156

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that, on DATE, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**GOVERNMENT'S UNOPPOSED MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE**

was served pursuant to the district court's ECF system as to all ECF filers, and by first-class mail to non-ECF filers, if any.

/s/ Halley B. Guren
HALLEY B. GUREN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois  60604
(312) 886-4156