UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 822 |
| | ) | |
| PATRICE OLIVER | ) | Magistrate Judge Nan R. Nolan |

### NOTICE OF MOTION

To:   J. Clifford Greene, Jr.
　　　77 West Wacker Drive, Ste. 3200
　　　Chicago, IL  60601
　　　(312) 424-4002

　　　**PLEASE TAKE NOTICE** that on TUESDAY, JANUARY 22, 2008, at 9:00 a.m., I will appear before the Magistrate Judge Nan R. Nolan in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present the **GOVERNMENT'S UNOPPOSED MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE** in the above-captioned case.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　PATRICK FITZGERALD
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　By:   /s/ Halley B. Guren
　　　　　　　　　　　　　　　　　HALLEY B. GUREN
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　219 South Dearborn Street - 5000
　　　　　　　　　　　　　　　　　Chicago, Illinois  60604
　　　　　　　　　　　　　　　　　(312) 886-4156