UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 822 |
| v. | ) | Magistrate Judge Nan R. Nolan |
| | ) | |
| PATRICE OLIVER | ) | |

## ORDER

The government has requested that the Criminal Complaint in the above-referenced matter be dismissed without prejudice. The defendant does not object to the government's request.

IT IS HEREBY ORDERED THAT the Criminal Complaint in this matter be dismissed without prejudice.

SO ORDERED:

_Nan R. Nolan_
Nan R. Nolan
United States Magistrate Judge

DATED: 1/16/08